**Joann DABNEY, Claimant/Appellant,**

v.

**MEDIQ LIFE SUPPORT SERVICES,
Employer/Respondent,**

and

**Treasurer of the State of Missouri,
Custodian of the Second Injury
Fund, Respondent.**

**No. ED 104655**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: February 21, 2017

Rehearing Denied April 27, 2017

Joann Dabney, Acting pro se, St. Louis, MO, for Claimant/Appellant.

Robert W. Frayne, Daniel J. Schmitz, St. Louis, MO, for Employer/Respondent.

Da–Neil Cunningham, St. Louis, for Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Joann Dabney appeals from the Labor and Industrial Relations Commission's decisions finding she failed to demonstrate she sustained a work-related injury and denying her disability benefits from Mediq Life Support Services and the Second Injury Fund. We have reviewed the briefs of the parties and the record on appeal and conclude that the Commission's judgments are supported by sufficient competent and substantial evidence, and are not against the overwhelming weight of the evidence.

Hampton v. Big Boy Steel Erection, 121 S.W.3d 220, 222–23 (Mo. banc 2003). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).